488 A.2d 1109

**William FIORE, d/b/a Municipal and Industrial Disposal Company, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES, and the Environmental Quality Board.**

Supreme Court of Pennsylvania.

Argued March 7, 1985.

Decided March 20, 1985.

Robert P. Ging, Jr., Pittsburgh, for appellant.

Barbara H. Brandon, Asst. Counsel, Howard Wein, Asst. General Counsel, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Appeal dismissed.